The Supreme Court docket number is SC 16881.

*Brenden P. Leydon*, in support of the petition.

Decided December 13, 2002

FRANK FRANC ET AL. *v.* BETHEL HOLDING
COMPANY ET AL.*

The Supreme Court docket number is SC 16882.

*Jerome A. Mayer*, in support of the petition.

Decided December 13, 2002

STATE OF CONNECTICUT *v.* SCOTT SMITH

*John A. Connelly*, state's attorney, in support of
the petition.

*Richard Emanuel* and *John J. Kelly*, in opposition.

Decided December 13, 2002

* The appeal was withdrawn October 21, 2003.